## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FRED KURZWEIL,** | **CIVIL ACTION No.:** |
| **Plaintiff,** | |
| **v.** | |
| **AMTRAK, JOHN DOES 1-5,** **CORPORATE DOES 1-5,** | **NOTICE FOR REMOVAL** |
| **Defendants.** | |

Defendant Amtrak, through its attorneys, Landman Corsi Ballaine & Ford P.C., respectfully state upon information and belief:

1.      On September 27, 2019, Amtrak was served with the Summons and Complaint in this action, which is currently pending in the Superior Court of the State of New Jersey, County of Monmouth, Docket No. MON-L-1024-19, entitled Fred Kurzweil v. Amtrak, et al. (A copy of the Summons and Complaint is annexed hereto as **Exhibit A**; A Copy of Plaintiff's Affirmation of Service is annexed hereto as **Exhibit B)**.

2.      Pursuant to 28 U.S.C. § 1441(a), this action can be removed to this Court because this Court has original jurisdiction, pursuant to 28 U.S.C. § 1331 because Amtrak was created by an Act of Congress, 49 U.S.C. § 24101, et seq., and more than one-half of its capital stock is owned by the United States.

**WHEREFORE**, Amtrak prays that the action now pending against it in the Superior Court of the State of New Jersey, in and for the County of Monmouth, be removed therefrom to this Court.

2

Respectfully submitted,
Landman Corsi Ballaine & Ford P.C.


By: */s/ Colin P. Bé*
     Colin P. Bé
     Attorneys for Defendant
     Amtrak
     One Gateway Center, Fourth Floor
     Newark, NJ 07102
     Tel. (973) 623-2700
     Fax (973) 623-4496
     cbe@lcbf.com


Dated:  October 25, 2019

2