ARBITRATION,CLOSED,SCHEDO

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
## CIVIL DOCKET FOR CASE #: 3:19–cv–19388–MAS–DEA

KURZWEIL v. AMTRAK et al  
Assigned to: Judge Michael A. Shipp  
Referred to: Magistrate Judge Douglas E. Arpert  
Case in other court:  SUPERIOR COURT OF NEW JERSEY COUNTY OF MONMOUTH, MON–L001024–19  
Cause: 28:1441 Notice of Removal

Date Filed: 10/25/2019  
Date Terminated: 09/28/2020  
Jury Demand: Defendant  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Federal Question

**Plaintiff**

**FRED KURZWEIL**     represented by     **ALBERT J. RESCINIO**
1500 ALLAIRE AVENUE
SUITE 101
OCEAN, NJ 07712
Email: arescinio@rescinio.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AMTRAK**     represented by     **JOHN A. BONVENTRE**
LANDMAN CORSI BALLAINE & FORD
ONE GATEWAY CENTER, SUITE 400
NEWARK, NJ 07102–5311
(973) 623–2700
Email: jbonventre@lcbf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW MALYSA**
LANDMAN CORSI BALLAINE & FORD P.C.
ONE GATEWAY CENTER
FOURTH FLOOR
NEWARK, NJ 07102
973–623–2700
Email: mmalysa@panynj.gov
*ATTORNEY TO BE NOTICED*

**COLIN PEI KAI BE**
LANDMAN, CORSI, BALLAINE & FORD P.C.
ONE GATEWAY CENTER
4TH FLOOR
NEWARK, NJ 07102
973–623–2700
Email: cbe@lcbf.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN DOES 1–5**

**Defendant**

**CORPORATE DOES 1–5**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2019 | Ï 1 | NOTICE OF REMOVAL by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) from SUPERIOR COURT OF NEW JERSEY COUNTY OF MONMOUTH, case number MON–L–001024–19. ( Filing and Admin fee $ 400 receipt number 0312–10062569), filed by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (Attachments: # 1 Exhibit SUMMONS & COMPLAINT, # 2 Exhibit PLAINTIFF'S AFFIRMATION OF SERVICE, # 3 Civil Cover Sheet, # 4 Certificate of Service)(BE, COLIN) (Entered: 10/25/2019) |
| 10/25/2019 | Ï 2 | Corporate Disclosure Statement by NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). (BONVENTRE, JOHN) (Entered: 10/25/2019) |
| 10/25/2019 | Ï | Judge Michael A. Shipp and Magistrate Judge Douglas E. Arpert added. (abr) (Entered: 10/28/2019) |
| 10/30/2019 | Ï 3 | NOTICE of Hearing: Initial Conference set for 11/14/2019 at 11:00 AM in Trenton – Courtroom 6W before Magistrate Judge Douglas E. Arpert. Attention Counsel: The Joint Discovery Plan is due (7) days prior to the conference. Please email the Joint Discovery Plan to dea_orders@njd.uscourts.gov(ce3) (Entered: 10/30/2019) |
| 11/04/2019 | Ï 4 | ANSWER to Complaint with JURY DEMAND by AMTRAK.(BONVENTRE, JOHN) (Entered: 11/04/2019) |
| 11/12/2019 | Ï 5 | NOTICE of Appearance by MATTHEW MALYSA on behalf of AMTRAK (MALYSA, MATTHEW) (Entered: 11/12/2019) |
| 11/15/2019 | Ï 6 | SCHEDULING ORDER: Settlement Conference set for 3/4/2020 at 2:00 PM before Magistrate Judge Douglas E. Arpert. Trial counsel and client representatives with full settlement authority must attend. Fact Discovery, including any third party depositions is due by 2/28/2020. Signed by Magistrate Judge Douglas E. Arpert on 11/14/2019. (jmh) (Entered: 11/15/2019) |
| 01/31/2020 | Ï 7 | TEXT ORDER: The settlement conference presently scheduled for 3/4/2020 has been adjourned and rescheduled to 3/5/2020 at 2:00PM. Please mark your calendars accordingly. So Ordered by Magistrate Judge Douglas E. Arpert on 1/31/2020. (JB) (Entered: 01/31/2020) |
| 02/05/2020 | Ï 8 | First MOTION to Dismiss by AMTRAK. (Attachments: # 1 Brief, # 2 Certification, # 3 Exhibit A, # 4 Text of Proposed Order)(BE, COLIN) (Entered: 02/05/2020) |
| 02/05/2020 | Ï | SetDeadlines as to 8 First MOTION to Dismiss. Motion set for 3/2/2020 before Judge Michael A. Shipp. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jem) (Entered: 02/05/2020) |
| 02/24/2020 | Ï 9 | Letter from Colin P. Be, Esq.. (BE, COLIN) (Entered: 02/24/2020) |
| 02/25/2020 | Ï 10 | LETTER ORDER granting the parties request for a ninety (90) day extension of all discovery deadlines and a thirty (30) day extension of the opposition deadline to Amtrak's 8 Motion to Dismiss. The Settlement Conference scheduled for 3/05/2020 is rescheduled to 6/03/2020 at |

| | | |
|---|---|---|
| | | 11:00am. Signed by Magistrate Judge Douglas E. Arpert on 2/25/2020. (jem) (Entered: 02/25/2020) |
| 03/10/2020 | Ï 11 | BRIEF in Opposition filed by FRED KURZWEIL re 8 First MOTION to Dismiss (Attachments: # 1 Declaration Rescinio)(RESCINIO, ALBERT) (Entered: 03/10/2020) |
| 03/27/2020 | Ï 12 | BRIEF in Support filed by AMTRAK re 8 First MOTION to Dismiss *based on Personal Jurisdiction* (BE, COLIN) (Entered: 03/27/2020) |
| 05/28/2020 | Ï 13 | NOTICE of Hearing: The Settlement Conference scheduled for 6/03/2020 at 11:00am before Judge Douglas E. Arpert, has been CONVERTED TO A TELEPHONE STATUS CONFERENCE. Attached are the call–in instructions for the call. Counsel are directed to call in at the scheduled time. (Attachment: Instructions and call in information). (ce3) (Entered: 05/28/2020) |
| 06/03/2020 | Ï | Text Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Conference held on 6/3/2020. (ce3) (Entered: 06/03/2020) |
| 06/08/2020 | Ï 14 | REVISED SCHEDULING ORDER: Telephone Status Conference set for 9/14/2020 at 10:00 AM before Magistrate Judge Douglas E. Arpert. Fact Discovery due by 9/30/2020. Signed by Magistrate Judge Douglas E. Arpert on 6/03/2020. (jem) (Entered: 06/08/2020) |
| 09/14/2020 | Ï 15 | ORDER: Telephone Status Conference set for 11/9/2020 at 3:30 PM before Magistrate Judge Douglas E. Arpert. Fact Discovery extended until 11/15/2020. Signed by Magistrate Judge Douglas E. Arpert on 9/14/2020. (jem) (Entered: 09/14/2020) |
| 09/14/2020 | Ï | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 9/14/2020. (eh, ) (Entered: 09/14/2020) |
| 09/28/2020 | Ï 16 | MEMORANDUM OPINION filed. Signed by Judge Michael A. Shipp on 9/28/2020. (jem) (Entered: 09/28/2020) |
| 09/28/2020 | Ï 17 | ORDER that the Clerk of Court shall TRANFER this matter to the United States District Court for the District of Columbia; the Clerk shall close this case. Signed by Judge Michael A. Shipp on 9/28/2020. (jem) (Entered: 09/28/2020) |